JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARA OCHOA, and individual,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF LOS ANGELES, et al.<br><br>Defendants. | CASE NO. 2:20-CV-09303-AB (AGRx)<br>*Assigned to Hon. André Birotte, Jr.*<br>*Magistrate Alicia G. Rosenberg*<br><br>**ORDER RE DISMISSAL OF ENTIRE ACTION** |

Based on the stipulation of the parties, and GOOD CAUSE appearing therefore, IT IS HEREBY ORDERED that the above-entitled action is hereby dismissed in its entirety, without prejudice. Each party to bear their own attorneys' fees and costs.

***IT IS SO ORDERED.***

DATED: March 26, 2021

_____
HONORABLE ANDRÉ BIROTTE, JR.
UNITED STATES DISTRICT COURT JUDGE

1